# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

## McALLEN DIVISION

| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
|---|---|
| V. | |
| Emilio ANGUIANO-Sanchez | Case Number: M-18-1223-M |
| AKA: | |
| IAE         YOB: 1993 | |
| Mexico | |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 9, 2018** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,

(*Track Statutory Language of Offense*)

**being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On June 9, 2018, Emilio ANGUIANO-Sanchez a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on June 11, 2012. Record checks revealed the defendant was formally removed from the United States to Mexico for the second (2nd) time on November 6, 2017 via the Laredo, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about January 5, 2018 by wading the Rio Grande River at or near Hidalgo, Texas. On March 27, 2017, the defendant was convicted of Evading Arrest With Vehicle and sentenced to twenty four (24) months to the custody of the state prison.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA _____

X _____
Signature of Complainant

**Alfonso Lemming**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

June 12, 2018                              at  **McAllen, Texas**
**Date**                                        City and State

**Juan F. Alanis          U.S. Magistrate Judge**
**Name and Title of Judicial Officer**

_____
Signature of Judicial Officer